UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| American Fire and Casualty Company, | Case No. 14-cv-00089-RRE-ARS |
| Plaintiff, | |
| v. | |
| Mary Hegel, individually and as Personal Representative for the Estate of Adam Fetzer, | |
| Defendant. | |

## NOTICE OF APPEAL OF
## PLAINTIFF AMERICAN FIRE AND CASUALTY COMPANY

PLEASE TAKE NOTICE that Plaintiff American Fire and Casualty Company ("American Fire") appeals to the United States Court of Appeals for the Eighth Circuit from the district court's November 23, 2015, Order on Cross-Motions for Summary Judgment (Docket No. 32), and the district court's November 24, 2015, Judgment in favor of Defendant Mary Hegel and against Plaintiff American Fire (Docket No. 33).

Dated: December 23, 2015

BASSFORD REMELE
A Professional Association

_/s/ Christian A. Preus_
Christian A. Preus (ND Bar ID #04280)
Beth A. Jenson Prouty (MN Bar ID #0389275)
33 South Sixth Street, #3800
Minneapolis, MN 55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
cpreus@bassford.com
bprouty@bassford.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

---

| | |
|---|---|
| American Fire and Casualty Company, | Case No. 14-cv-00089-RRE-ARS |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| Mary Hegel, individually and as Personal Representative for the Estate of Adam Fetzer, | |
| Defendant. | |

---

The undersigned hereby certifies, testifies that a true and correct copy of Notice of Appeal of Plaintiff American Fire and Casualty Company in the above entitled action was served by United States Mail, First Class Postage Prepaid upon

Clerk of District Court
William L. Guy Federal Bldg.
U.S. Courthouse
220 East Rosser Ave. #476
Bismarck, ND 58501-3869

Scott A. Hager
Pagel Weikum PLLP
1715 Burnt Boat Drive
Madison Suite
Bismarck, ND 58503

On this 23rd day of December, 2015.

_____
Christian A. Preus (ND Bar ID #04280)
Beth A. Jenson Prouty (MN Bar ID #0389275)
33 South Sixth Street, #3800
Minneapolis, MN 55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
cpreus@bassford.com
bprouty@bassford.com

1516646.docx